Frank ACKLES, Jr., Movant–Appellant,

v.

STATE of Missouri,
Respondent–Respondent.

No. 56566.

Missouri Court of Appeals,
Eastern District,
Division One.

March 6, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 11, 1990.

Application to Transfer Denied
May 15, 1990.

Henry W. Cummings, St. Charles, for movant–appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent-respondent.

ORDER

PER CURIAM.

Movant appeals from the denial of his postconviction relief motion after an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

David Lane WHITE, Movant–Appellant,

v.

STATE of Missouri,
Respondent–Respondent.

No. 56473.

Missouri Court of Appeals,
Eastern District,
Division One.

March 6, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 11, 1990.

Application to Transfer Denied
May 15, 1990.

Cheryl Rafert, St. Louis, for movant–appellant.

William L. Webster, Atty. Gen., M. Melissa Manda, Asst. Atty. Gen., Jefferson City, for respondent-respondent.

ORDER

PER CURIAM.

Movant appeals from the denial of his Rule 29.15 motion after an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).